■ In the Matter of MALINDA A. PRINZING, Appellant, v PAUL G. GUCK et al., Respondents. In the Matter of JASON R. GUCK, Respondent, v CARL E. PRINZING et al., Appellants. In the Matter of PAUL G. GUCK, Respondent, v CARL E. PRINZING et al., Appellants. (Appeal No. 1.) [953 NYS2d 915]—Appeal from an order of the Family Court, Wayne County (Daniel G. Barrett, J.), entered September 19, 2011. The order, among other things, granted Paul G. Guck, Doris M. Guck and Jason R. Guck visitation with the subject children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Guck v Prinzing* (100 AD3d 1507 [2012]). Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.